*In re*: SEIZURE OF MOTOR BOAT "KATIE L."

Division B.

Opinion Filed November 16, 1925.

In proceedings to forfeit property used in unlawfully transporting intoxicating liquor, where the property is claimed by a third party as its *bona fide* owner, a forfeiture under the statute should not be adjudicated where the evidence shows the claimant to be the owner of the property and it is not proven beyond a reasonable doubt that such owner was concerned in the offense charged

An Appeal from the Circuit Court for Santa Rosa County; A. G. Campbell, Judge.

Reversed.

*W. W. Clark*, for Appellant;

*J. T. Wiggins*, contra.

PER CURIAM.—This appeal was taken under the statute from a final order adjudging a motor boat to be forfeited because it was used in the transportation of intoxicating liquors in violation of the statute. Chapter 7736, Acts of 1918; Section 5458 *et seq.*, Rev. Gen. Stats., 1920.

The boat was claimed by a third party as its *bona fide*

owner, which claim has substantial basis in the testimony. As the evidence adduced, as shown by the record, does not prove beyond a reasonable doubt that such owner was concerned in the violation of the statute, Sec. 5483, Rev. Gen. Stats., the order of forfeiture is reversed. See Armstrong v. State,.85 Fla. 452, — South. Rep. —.

WHITFIELD, P. J., AND STRUM AND BROWN, J. J., concur.

WEST, C. J., AND TERRELL, J., concur in the opinion.